DAVID C. LINK v. JOSEPH J. THOMSTORFF.— Motion to dismiss appeal

granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.